IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SHEILA FERNÁNDEZ SANTIAGO<br><br>    Plaintiff<br><br>       v.<br><br>KING UNIFORMS AND INDUSTRIAL LAUNDRY, INC.<br><br>    Defendant | Civil No. 21-1344(RAM) |

**JUDGMENT**

On February 21, 2022, Plaintiff filed a Motion to Dismiss with Prejudice (Docket No. 21). In accordance with the Order entered on February 22, 2022 (Docket No. 23), judgment is entered **DISMISSING** this action **WITH PREJUDICE** in its entirety.

No attorneys' fees or costs are levied upon any party.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 23rd day of February 2022.

                                          s/Raúl M. Arias-Marxuach
                                          UNITED STATES DISTRICT JUDGE